IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41240
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

BENITO GONZALEZ,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-97-CR-125-3
--------------------
January 27, 2000

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Benito Gonzalez appeals his conviction for conspiracy to possess with intent to distribute marijuana. Gonzalez argues that the evidence was insufficient to convict him. When the evidence, both direct and circumstantial, is viewed in the light most favorable to the jury's verdict, the evidence was sufficient to convict Gonzalez of each and every element of conspiracy to traffic in narcotics. See United States v. Misher, 99 F.3d 664, 668 (5th Cir. 1996); United States v. Dean, 59 F.3d 1479, 1485 (5th Cir. 1995); United States v. Resio-Trejo, 45 F.3d 907, 910 (5th Cir.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1995).

AFFIRMED.